the doctrine of equivalents to the findings of fact in this case. *John F. Oberlin, Ashley M. Van Duzer, Thomas V. Koykka, James R. Stewart* and *Charles L. Byron* for petitioners. *John T. Cahill, James A. Fowler, Jr., Richard R. Wolfe* and *Loftus E. Becker* for respondent.

*Rehearing Denied.*

No. 406, Misc. Eagle *v.* Cherney et al., 336 U. S. 928. Second petition for rehearing denied.

No. 413, Misc. Bird *v.* State of Washington, 336 U. S. 954. Rehearing denied.

No. 447, Misc. Lucas *v.* Texas, 336 U. S. 950. Rehearing denied.

May 31, 1949.

*Per Curiam Decisions.*

No. 754. Texas et al. *v.* United States et al. Appeal from the United States District Court for the Western District of Oklahoma. *Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Price Daniel*, Attorney General, *Charles E. Crenshaw*, Assistant Attorney General, *Fred E. Fuller, John L. Gushman* and *Arnold Boyd* for the State of Texas et al.; and *Bolivar E. Kemp, Jr.*, Attorney General, *Carroll Buck*, First Assistant Attorney General, *A. W. Gilliland* and *Charles D. Egan* for the State of Louisiana et al., appellants. *Solicitor General Perlman* and *Daniel W. Knowlton* for appellees.

No. 785. San Diego Electric Railway Co. *v.* State Board of Equalization. Appeal from the District Court of Appeal, Third Appellate District, of California. *Per*